cm

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
Shante Brown,
        Plaintiff,
  -v-                                                      ORDER OF DISMISSAL
                                                                 CV-02-35(TCP)
County of Nassau,
        Defendant.
-------------------------------------------------------X

IT IS HEREBY ORDERED, having been advised by the parties on 9/30/2003 that the above case has settled, the case is dismissed. A stipulation of settlement should be forwarded to the Court as promptly as possible.

IT IS FURTHER ORDERED should the settlement not be consummated the Court will reopen the case upon receipt of letter from counsel so requesting.

The Clerk of the Court is directed to mail a copy of this order to all parties and mark this case closed.

                                                                      Thomas C. Platt
                                                                        U.S. District Judge

Dated: Central Islip, NY
       October 27, 2003